## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON JOHNSON | : |
| | : |
| VERSUS | : NO. 3: 17-CV-1776 |
| | : |
| SEARIVER MARITIME, INC. | : |

### CORPORATE DISCLOSURE OF SEARIVER MARITIME, INC.

**NOW INTO COURT,** through undersigned counsel, comes **SEARIVER MARITIME, INC.,** pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby makes the following disclosure:

1. SeaRiver Maritime, Inc. is a corporation.

2. SeaRiver Maritime, Inc. is a wholly owned subsidiary of SeaRiver Maritime Financial Holdings, Inc., a wholly owned subsidiary of Exxon Mobil Corporation.

3. Exxon Mobil Corporation is a corporation whose shares are publicly traded.

BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC

By: *s/ David M. Bienvenu, Jr.*
    David M. Bienvenu, Jr., #20700
    John Allain Viator, # 25915
    Lexi T. Holinga, #30096
    Anthony J. Lascaro #32546
    Erin Percy Tadie, #33627
    Anthony J. Gambino, Jr., #37129
    4210 Bluebonnet Blvd.
    Baton Rouge, LA 70809
    Phone:  (225) 388-5600
    Fax:  (225) 388-5622

*Attorneys for SeaRiver Maritime, Inc.*

## - CERTIFICATE -

      I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

      Baton Rouge, Louisiana, this 15th day of February, 2018.

                                      *s/ David M. Bienvenu, Jr.*
                                      David M. Bienvenu, Jr.